**Order entered October 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01086-CR
No. 05-18-01087-CR
No. 05-18-01088-CR

**JUAN GUEVARA LAUREANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-16-209, 2-16-210 & 2-16-224**

## ORDER

The clerk's records in the above appeals were filed October 2, 2018. Missing from the clerk's records in each of the above cases is the trial court's charge to the jury on guilt/innocence. *See* TEX. R. APP. P. 34.5(a)(4) (clerk's record must include copies of trial court's charge—guilt/innocence and punishment). We **ORDER** Rockwall County District Clerk Lea Carlson to file supplemental clerk's records containing the trial court's charge to the jury on guilt/innocence in each of the above appeals **WITHIN FOURTEEN DAYS** of the date of this order.

/s/      LANA MYERS
JUSTICE